NUMBER 13-08-00155-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

CHARLES WILLIAM GREEN, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 103rd District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Vela 


Memorandum Opinion Per Curiam



 Appellant, Charles William Green, pro se, has filed a motion to abate and/or dismiss
his appeal because he no longer desires to prosecute it. See Tex. R. App. P. 42.2(a). 
Without passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the
appeal at appellant's request, the motion to abate is denied. No motion for rehearing will
be entertained, and our mandate will issue forthwith. Any pending motions are dismissed
as moot.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Delivered and filed

this 14th day of January, 2010.